UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHELLE CUMMINGS-FOWLER,

               Plaintiff,

  - against -

SUFFOLK COUNTY COMMUNITY COLLEGE,
JAMES CANNIFF and RICHARD BRITTON,

               Defendant.
-------------------------------------------------------------------X

FILED
CLERK

11/6/2013 3:55 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV-09-3593 (ADS)(ARL)

     A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 4, 2013, granting Defendants' motion for summary judgment in its entirety, and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' motion for summary judgment is granted in its entirety; and that this case is hereby closed.

Dated:  Central Islip, New York
         November 6, 2013

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                           By:    /s/ Catherine Vukovich
                                   Deputy Clerk